IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUTHIE HARWELL                                                                           PLAINTIFF

v.                                        No. 5:04CV00140 JFF

SOCIAL SECURITY ADMINISTRATION                                         DEFENDANT

## **JUDGMENT**

Consistent with the memorandum opinion and order filed this date, it is considered, ordered, and adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. §406(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED this 25th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE